UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 23, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Alicia Thomas, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-2929 |
| United Parcel Service, Inc., | § § § | |
| Defendant. | § | |

## Final Dismissal

Upon agreement of the parties, the case is dismissed with prejudice. (11)

Signed on December **21**, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge